*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  July 31, 2014                 518370
_____

In the Matter of VICTOR MANCE,
                    Appellant,

         v                                    MEMORANDUM AND ORDER

ANDREA W. EVANS, as Chair of
    the Division of Parole,
                    Respondent.
_____

Calendar Date:  June 9, 2014

Before:  Lahtinen, J.P., Stein, Garry, Lynch and Devine, JJ.

                    _____

         Victor Mance, Cape Vincent, appellant pro se.

         Eric T. Schneiderman, Attorney General, Albany (Frank Brady
of counsel), for respondent.

                    _____

         Appeal from a judgment of the Supreme Court (Feldstein,
J.), entered October 21, 2013 in St. Lawrence County, which
dismissed petitioner's application, in a proceeding pursuant to
CPLR article 78, to review a determination of the Board of Parole
denying petitioner's request for parole release.

         Petitioner commenced this CPLR article 78 proceeding
challenging an April 2012 determination of the Board of Parole
that denied his request for parole release.  He now appeals from
Supreme Court's dismissal of the petition.  The Attorney General
has advised this Court that petitioner reappeared before the
Board in April 2014 and was again denied parole release.  The
appeal is moot under these circumstances and, as such, must be
dismissed (see Matter of Hardwick v New York State Dept. of
Parole, 116 AD3d 1332, 1332 [2014]; Matter of Lopez v Evans, 102
AD3d 1029, 1030 [2013]).  Furthermore, the exception to the

mootness doctrine is not applicable (see Matter of Anderson v New York State Bd. of Parole, 113 AD3d 1010 [2014]; Matter of Hilaire v Board of Parole, 112 AD3d 1263, 1264 [2013]).

Lahtinen, J.P., Stein, Garry, Lynch and Devine, JJ., concur.

ORDERED that the appeal is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court